THE CITIZENS STATE BANK OF MARIANNA, FLORIDA, A CORPORATION, *Plaintiff in Error*, v. D. C. CARMICHAEL, *Defendant in Error*.

## Division B.

Decision Filed January 5, 1925.

Petition for Rehearing Denied March 7, 1925.

A Writ of Error to the Circuit Court for Jackson County; Amos Lewis, Judge.

*Carter & Carter* and *Francis B. Carter,* for Plaintiff in Error.

*Carter & Solomon,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the plaintiff in error, and the record having been seen and inspected, and the Court being now advised of its

judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

On Petition for Rehearing.

·PER CURIAM.—The judgment in this case was for the defendant in an action by an endorsee bank against the drawer of a draft that had been accepted, with an endorsement that "the obligation of the acceptor of this bill arises out of the purchase of goods from the drawer." An affirmance was proper since the judgment is not a miscarriage of justice. Sec. 2812, Rev. Gen. Stats. 1920.

The entries and endorsements on the draft were sufficient to give notice that the drawer might have defenses. See Secs. 4725, 4729, 4801 Rev. Gen. Stats. 1920. Besides this, the same person who accepted the draft for the drawee corporation and made it payable at the Central Bank, was the officer of the Central Bank who by endorsement transferred the draft to the plaintiff bank. These obvious circumstances were ample to put all who dealt with the draft on notice that defenses might exist in favor of the drawer.

Rehearing denied.

WHITFIELD AND ELLIS, BROWNE, WEST AND TERRELL, J. J., concur.